United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DAVID LEE DANIEL,

        Plaintiff,

   v.

SAN FRANCISCO SHERIFF'S DEPT.; *et al.*,

        Defendants.
                                           /

No. C-14-1778 EMC (pr)

**ORDER**

David Lee Daniel, then an inmate at the San Francisco County Jail, filed this civil rights action under 42 U.S.C. § 1983. On April 11, 2014, Mr. Daniel wrote a letter to the Court in which he stated he would be released from custody on May 3, 2014. Docket # 4. The Court has not heard from him since then, and the only address he provided to the Court is his jail address. Accordingly, no later than **September 19, 2014**, Mr. Daniel must file a notice of his current address (even if he remains in custody). Failure to file the notice will result it the dismissal of this action.

IT IS SO ORDERED.

Dated: September 2, 2014

                                                        _____
                                                        EDWARD M. CHEN
                                                        United States District Judge