UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID LEE DANIEL,<br><br>      Plaintiff,<br><br>    v.<br><br>SAN FRANCISCO SHERIFF'S DEPT.; *et al.*,<br><br>      Defendants.<br>_____/ | No. C-14-1778 EMC (pr)<br><br>**ORDER OF DISMISSAL** |

David Lee Daniel, then an inmate at the San Francisco County Jail, filed this civil rights action under 42 U.S.C. § 1983. On April 11, 2014, Mr. Daniel wrote a letter to the Court in which he stated he would be released from custody on May 3, 2014. Docket # 4. The Court ordered Mr. Daniel to file a notice of his current address (even if he remained in custody) no later than September 19, 2014 and cautioned that the action would be dismissed if he did not comply with the order. Mr. Daniel did not respond. For the foregoing reasons, this action is DISMISSED because Mr. Daniel failed to comply with the Court's order. *See* Fed. R. Civ. P. 41(b) (action may be dismissed for failure to comply with a court order).

IT IS SO ORDERED.

Dated: October 7, 2014

                                                        EDWARD M. CHEN<br>
                                                        United States District Judge